United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                 Case No. 16-16415-jkf
Salvatore Gramaglia                                                    Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2       User: Randi            Page 1 of 2            Date Rcvd: Apr 27, 2017
                           Form ID: pdf900        Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 29, 2017.
```
db             Salvatore Gramaglia,    1728 Lynam Rd,    Abington, PA 19001-1306
13790390       Alfred Abel, Esq,    600 W Germantown Pike Ste 400,    Plymouth Meeting, PA 19462-1046
13790391       Antonella Gramaglia,    8215 Rising Sun Ave,    Philadelphia, PA 19111-1440
13790392      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank of America,    PO Box 982238,    El Paso, TX 79998-2238)
13828754       Berkheimer Asso-Agt AbingtonSD-AbingtonTwp,    c/o David R. Gordon, Esq.,    1883 Jory Road,
                 Pen Argyl, PA 18072
13790405      ++C O AMERICAN INFOSOURCE LP,    4515 N SANTA FE AVE,    OKLAHOMA CITY OK 73118-7901
               (address filed with court: T-Mobile,    PO Box 742596,    Cincinnati, OH 45274-2596)
13790394      ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One Bank USA N,    15000 Capital One Dr,
                 Richmond, VA 23238-1119)
13805750       Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
13790395       Chase Card,    PO Box 15298,    Wilmington, DE 19850-5298
13790396      +Citi,    701 E 60th St N,    Sioux Falls, SD 57104-0493
13905422      +Ditech Financial LLC,    c/o Matteo S. Weiner, Esq.,    KML Law Group PC,
                 701 Market St., Ste. 5000,    Phila., PA 19106-1541
13790399       HAB-EIT / Berkheimer,    PO Box 25158,    Lehigh Valley, PA 18002-5158
13839701      +MIDLAND FUNDING LLC,    PO BOX 2011,    WARREN, MI 48090-2011
13835634       Navient PC Trust,    c/o Navient Solutions, Inc.,    P.O. BOX 9640,
                 WILKES-BARRE, PA 18773-9640
13790402       PA Department of Revenue,    1 Revenue Pl,    Harrisburg, PA 17129-0001
13790403       Serafino and Alba Gramaglia,    1114 Solly Ave,    Philadelphia, PA 19111-1447
13790406       Verizon,    PO Box 15124,    Albany, NY 12212-5124
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: bankruptcy@phila.gov Apr 28 2017 12:45:06      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 28 2017 12:45:01      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             E-mail/PDF: gecsedi@recoverycorp.com Apr 28 2017 01:38:04      Synchrony Bank,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
13837376       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 28 2017 01:38:10
                 American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                 Oklahoma City, OK 73124-8838
13795259       E-mail/Text: mrdiscen@discover.com Apr 28 2017 12:44:17      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
13790397       E-mail/Text: mrdiscen@discover.com Apr 28 2017 12:44:17      Discover Fin Svcs LLC,
                 PO Box 15316,    Wilmington, DE 19850-5316
13790398       E-mail/Text: bankruptcy.bnc@ditech.com Apr 28 2017 12:44:24      Ditech Financial LLC,
                 PO Box 6172,    Rapid City, SD 57709-6172
13855475       E-mail/Text: bankruptcy.bnc@ditech.com Apr 28 2017 12:44:24
                 Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
                 Rapid City, SD 57709-6154
13790400       E-mail/Text: cio.bncmail@irs.gov Apr 28 2017 12:44:20      Internal Revenue Services,
                 PO Box 37008,    Hartford, CT 06176-7008
13823687       E-mail/PDF: resurgentbknotifications@resurgent.com Apr 28 2017 01:32:19
                 LVNV Funding, LLC its successors and assigns as,    assignee of Citibank, N.A.,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13820678       E-mail/Text: bankruptcydpt@mcmcg.com Apr 28 2017 12:44:47      Midland Credit Management Inc,
                 PO Box 60578,    Los Angeles CA 90060-0578
13790401       E-mail/PDF: pa_dc_claims@navient.com Apr 28 2017 01:32:42      Navient,    PO Box 9655,
                 Wilkes Barre, PA 18773-9655
13793029       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 28 2017 12:44:32
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg PA 17128-0946
13791213       E-mail/PDF: rmscedi@recoverycorp.com Apr 28 2017 01:38:06
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
13790404       E-mail/PDF: gecsedi@recoverycorp.com Apr 28 2017 01:38:04      Syncb/paypal Extras Mc,
                 PO Box 965005,    Orlando, FL 32896-5005
                                                                                              TOTAL: 15

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*           Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA 17128-0946
13790393*     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bk of Amer,    PO Box 982238,    El Paso, TX 79998-2238)
                                                                                   TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0313-2          User: Randi              Page 2 of 2              Date Rcvd: Apr 27, 2017
                              Form ID: pdf900          Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 29, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 27, 2017 at the address(es) listed below:
```
          ALFRED   ABEL    on behalf of Debtor Salvatore  Gramaglia aa.law@alfredabellaw.com,
           G22350@notify.cincompass.com
          MATTEO SAMUEL WEINER    on behalf of Creditor   DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                             TOTAL: 4
```

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

SALVATORE GRAMAGLIA                    Chapter 13

                    Debtor        Bankruptcy No. 16-16415-JKF

**Order Dismissing Chapter 13 Case and
Directing Counsel to File Master Mailing List**

    **AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

    **ORDERED**, that any wage orders are hereby vacated.

_____
Jean K. FitzSimon
Bankruptcy Judge

**Date: April 27, 2017**

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
ALFRED ABEL
P.O. BOX 688

ABINGTON, PA 19001-

Debtor:
SALVATORE GRAMAGLIA

1728 LYNAM RD

ABINGTON, PA 19001-1306