## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Salvatore Gramaglia <br>                            Debtor <br><br> Ditech Financial LLC <br>                            Movant <br>        vs. <br><br> Salvatore Gramaglia <br>                            Debtor <br><br> William C. Miller <br>                            Trustee | CHAPTER 13 <br><br><br> NO. 16-16415 JKF <br><br><br> 11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

   Kindly withdraw the Objection of Ditech Financial LLC to Confirmation of Chapter 13 Plan, which was filed with the Court on or about April 25, 2017 (Document No. 38).

                                            Respectfully submitted,

                                            **/s/ Thomas I. Puleo, Esquire**
                                            Thomas I. Puleo, Esquire
                                            Matteo S. Weiner, Esquire
                                            Attorneys for Movant
                                            KML Law Group, P.C.
                                            BNY Mellon Independence Center
                                            701 Market Street, Suite 5000
                                            Philadelphia, PA  19106
                                            215-627-1322

August 3, 2017