## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
| | : |
| Andrew H. Korbel, | : DOCKET NO. 17-15953-elf |
| Debtor | : |

## **CERTIFICATE OF SERVICE**

    I, Alfred M. Abel, Esquire, do hereby certify that a true and correct copy of Debtor's Expedited Motion to Sell Real Estate has been served upon the Chapter 13 Trustee; All priority creditors; All secured creditors; All separately classified unsecured creditors "whose interests are materially affected by the amendments in the plan"; All creditors who have filed requests for notice under Fed.R.Bankr.P. 2002; this 21st day of December 2017, electronically through the court's electronic noticing system, by an email to a known email address or by regular mail to all others.

**ALFRED M. ABEL LAW OFFICES**

By: /s/ Alfred M. Abel
Alfred M. Abel, Esquire
Attorney I.D. #34789
600 W. Germantown Pike, #400
Plymouth Meeting, PA  19462
(215-517-8300)
aa.law@AlredAbelLAw.com