**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

---

| | | |
|---|---|---|
| IN RE:   SAVATORE GRAMAGLIA | : | CASE NO. 16-16415elf |
| | : | Chapter 13 |
| | : | Hearing: |
| | : | Time: |
| | : | Courtroom No.: 1 |

---

## CERTIFICATE OF SERVICE

I, **ALFRED M. ABEL, ESQ.**, verify under penalty of perjury that a copy of **DEBTOR'S** Fourth Amended Chapter 13 Plan was served on the following either electronically through the court's electronic notification system, by email to the recipients known email address, or by United States Mail, first class, postage prepaid on December 21, 2018:

U.S. Trustee
833 Chestnut. St.
Suite 500
Philadelphia, PA  19107

William A. Miller, Trustee
1234 Market Street
Suite 1813
Philadelphia, PA 19107

Other creditors requesting notice

Date:   1/29/18                    **ALFRED M. ABEL LAW OFFICES**

By:    /s/ *Alfred M. Abel*
Alfred M. Abel, Esquire
Attorney I.D. #34789
600 W. Germantown Pike, #400
Plymouth Meeting, PA  19462
(215-517-8300)
aa.law@AlredAbelLAw.com