# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____

| | | |
|---|---|---|
| IN RE:  Salvatore Gramaglia | : | CASE NO. 16-16415-elf |
| 1728 Lyman Road | : | Chapter 13 |
| Abington, PA 19001 | : | HEARING DATE: |
| | : | TIME: |
| | : | COURTROOM # |

_____

## ORDER

AND NOW, this __22nd__ day of __March__, 2018, it is **ORDERED** that

Counsel's Application for Compensation of **$10,000.00** and reimbursement of

expenses of **$403.39** is **GRANTED**, and,

　　It is FURTHER **ORDERED**, the Chapter 13 Trustee shall distribute **$6,903.39** to the Debtor's counse as an administrative expense

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**