United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Case No. 16-16415-elf
Salvatore Gramaglia Chapter 13
 Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 User: Randi Page 1 of 1 Date Rcvd: Mar 22, 2018
 Form ID: pdf900 Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 24, 2018.
db Salvatore Gramaglia, 1728 Lynam Rd, Abington, PA 19001-1306

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE. TOTAL: 0

 ***** BYPASSED RECIPIENTS *****
NONE. TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 24, 2018 Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 22, 2018 at the address(es) listed below:
 ALFRED  ABEL   on behalf of Debtor Salvatore  Gramaglia aa.law@alfredabellaw.com, G22350@notify.cincompass.com
 MATTEO SAMUEL WEINER   on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
 THOMAS I. PULEO   on behalf of Creditor    DITECH FINANCIAL LLC tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
 United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
 WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com
 WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
 TOTAL: 6

Case 16-16415-elf Doc 82 Filed 05/24/18 Entered 03/26/18 02:57:20 Desc Imaged
Proposed Order: Proposed order allowing fees    Page 1 of 1
Certificate of Notice   Page 2 of 2

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____

IN RE:    Salvatore Gramaglia        :    CASE NO. 16-16415-elf
          1728 Lyman Road            :    Chapter 13
          Abington, PA 19001         :    HEARING DATE:
                                     :    TIME:
                                     :    COURTROOM #
_____

## ORDER

AND NOW, this __22nd__ day of __March__, 2018, it is **ORDERED** that

Counsel's Application for Compensation of **$10,000.00** and reimbursement of

expenses of **$403.39** is **GRANTED**, and,

   It is FURTHER **ORDERED**, the Chapter 13 Trustee shall distribute **$6,903.39** to the Debtor's counse as an administrative expense

_____

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**