**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

|  |  |
|---|---|
| In re: | ) |
|  | ) |
|  | ) **CASE NO**. 16-16415-elf |
| Salvatore Gramaglia | ) |
|  | ) JUDGE Eric L. Frank |
| **Debtor** | ) |
|  | ) |

**NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING NOTICE OF DEBTOR'S REQUEST FOR FORBEARANCE DUE TO THE COVID-19 PANDEMIC**

Now comes Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing ("Creditor"), by and through undersigned counsel, and hereby submits Notice to the Court of the Debtor's request for mortgage payment forbearance based upon a material financial hardship caused by the COVID-19 pandemic.

The Debtor recently contacted Creditor requesting a forbearance period of 3 months and has elected to not tender mortgage payments to Creditor that would come due on the mortgage starting 07/01/2020 through 09/01/2020. Creditor holds a secured interest in real property commonly known as 1728 LYNAM RD ABINGTON, PENNSYLVANIA 19001 as evidenced by Claim 10-1 on the Court's claim register. Creditor, at this time, does not waive any rights to collect the payments that come due during the forbearance period. If the Debtor desires to modify the length of the forbearance period or make arrangements to care for the forbearance period arrears, Creditor asks that the Debtor or Counsel for the Debtor make those requests through undersigned counsel.

Per the request, Debtor will resume Mortgage payments beginning 10/01/2020 and will be required to cure the delinquency created by the forbearance period (hereinafter "forbearance

arrears"). Creditor has retained undersigned counsel to seek an agreement with Debtor regarding the cure of the forbearance arrears and submit that agreement to the Court for approval. If Debtor fails to make arrangements to fully cure the forbearance arrears, Creditor reserves it rights to seek relief from the automatic stay upon expiration of the forbearance period.

        Robertson, Anschutz, Schneid & Crane LLC
        Authorized Agent for Secured Creditor
        10700 Abbott's Bridge Road, Suite 170
        Duluth, GA 30097
        Telephone: (470) 321-7112

        By: /s/ Charles G. Wohlrab
        Charles G. Wohlrab, Esq.
        Email: cwohlrab@rascrane.com

# **CERTIFICATE OF SERVICE**

I certify that a true and accurate copy of the foregoing *Notice of Debtor's Request for Forbearance* was served upon the following parties in the following fashion on this 30th day of September 2020:

Salvatore Gramaglia
1728 Lynam Rd
Abington, PA 19001-1306

And via electronic mail to:

ALFRED ABEL
Alfred Abel Law Offices
P.O. Box 688
Abington, PA 19001

WILLIAM C. MILLER, Esq.
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

United States Trustee
Office of the U.S. Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106

By: /s/ <u>Kory Jarzyk</u>

Robertson, Anschutz, Schneid & Crane LLC

10700 Abbott's Bridge Rd., Suite 170

Duluth, GA 30097

kjarzyk@rascrane.com