## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                         **Chapter 13**
SALVATORE GRAMAGLIA


**Debtor(s)**                          **Case No.** 16-16415-ELF


## <u>NOTICE OF COMPLETION OF PLAN PAYMENTS</u>

William C. Miller, Standing Chapter 13 Trustee, files and serves this notice pursuant to Local Bankruptcy

Rule 4004-3 of the United States Bankruptcy Court for the Eastern District of Pennsylvania.

The Trustee reports to the Court that the above-named Debtor(s) has/have completed all Trustee

payments under the confirmed Chapter 13 plan.


### Office of the Chapter 13 Trustee


Date: 10/7/2021                    By:      _/s/ Kenneth E. West_
                                                 Kenneth E. West, Esquire, Chapter 13 Trustee
                                                 1234 Market St., Suite 1813
                                                 Philadelphia, PA 19107
                                                 (215) 627-1377 (Phone)
                                                 (610) 627-6299 (Fax)