United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Salvatore Gramaglia  
    Debtor

Case No. 16-16415-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: Oct 13, 2021      Form ID: 138OBJ      Total Noticed: 31

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 15, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Salvatore Gramaglia, 1728 Lynam Rd, Abington, PA 19001-1306 |
| 13790390 | | Alfred Abel, Esq, 600 W Germantown Pike Ste 400, Plymouth Meeting, PA 19462-1046 |
| 13790391 | | Antonella Gramaglia, 8215 Rising Sun Ave, Philadelphia, PA 19111-1440 |
| 13790392 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 13828754 | + | Berkheimer Asso-Agt AbingtonSD-AbingtonTwp, c/o David R. Gordon, Esq., 1883 Jory Road, Pen Argyl, PA 18072-9652 |
| 13905422 | + | Ditech Financial LLC, c/o Matteo S. Weiner, Esq., KML Law Group PC, 701 Market St., Ste. 5000, Phila., PA 19106-1541 |
| 13855475 | | Ditech Financial LLC fka Green Tree Servicing LLC, P.O. Box 6154, Rapid City, SD 57709-6154 |
| 13790399 | | HAB-EIT / Berkheimer, PO Box 25158, Lehigh Valley, PA 18002-5158 |
| 14464012 | | New Residential Mortgage LLC, P.O. Box 10826, Greenville, SC 29603-0826 |
| 13790402 | | PA Department of Revenue, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 13790403 | | Serafino and Alba Gramaglia, 1114 Solly Ave, Philadelphia, PA 19111-1447 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Oct 13 2021 23:33:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Oct 13 2021 23:33:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13837376 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Oct 13 2021 23:44:37 | American InfoSource LP as agent for, Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 13790394 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 13 2021 23:44:35 | Capital One Bank USA N, 15000 Capital One Dr, Richmond, VA 23238-1119 |
| 13805750 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 13 2021 23:44:26 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 13790396 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 13 2021 23:44:27 | Citi, 701 E 60th St N, Sioux Falls, SD 57104-0493 |
| 13795259 | | Email/Text: mrdiscen@discover.com | Oct 13 2021 23:33:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 13790397 | | Email/Text: mrdiscen@discover.com | Oct 13 2021 23:33:00 | Discover Fin Svcs LLC, PO Box 15316, Wilmington, DE 19850-5316 |
| 13790400 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 13 2021 23:33:00 | Internal Revenue Services, PO Box 37008, Hartford, CT 06176-7008 |
| 13790395 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Oct 13 2021 23:44:35 | Chase Card, PO Box 15298, Wilmington, DE 19850-5298 |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 13, 2021 | Form ID: 138OBJ | Total Noticed: 31 |

| | | | | |
|---|---|---|---|---|
| 13823687 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 13 2021 23:44:27 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 13839701 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 13 2021 23:33:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 13820678 | | Email/Text: bankruptcydpt@mcmcg.com | Oct 13 2021 23:33:00 | Midland Credit Management Inc, PO Box 60578, Los Angeles CA 90060-0578 |
| 13790401 | | Email/PDF: pa_dc_claims@navient.com | Oct 13 2021 23:44:26 | Navient, PO Box 9655, Wilkes Barre, PA 18773-9655 |
| 13835634 | | Email/PDF: pa_dc_claims@navient.com | Oct 13 2021 23:44:31 | Navient PC Trust, c/o Navient Solutions, Inc., P.O. BOX 9640, WILKES-BARRE, PA 18773-9640 |
| 13793029 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 13 2021 23:33:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg PA 17128-0946 |
| 13791213 | | Email/PDF: rmscedi@recoverycorp.com | Oct 13 2021 23:44:31 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 13790404 | | Email/PDF: gecsedi@recoverycorp.com | Oct 13 2021 23:44:30 | Syncb/paypal Extras Mc, PO Box 965005, Orlando, FL 32896-5005 |
| 13790405 | | Email/PDF: ais.tmobile.ebn@americaninfosource.com | Oct 13 2021 23:44:26 | T-Mobile, PO Box 742596, Cincinnati, OH 45274-2596 |
| 13790406 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Oct 13 2021 23:33:00 | Verizon, PO Box 15124, Albany, NY 12212-5124 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 13790393 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bk of Amer, PO Box 982238, El Paso, TX 79998-2238 |
| 13790398 | ## | Ditech Financial LLC, PO Box 6172, Rapid City, SD 57709-6172 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 15, 2021        Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 13, 2021 at the address(es) listed below:

**Name**        **Email Address**

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Oct 13, 2021 | Form ID: 138OBJ | Total Noticed: 31 |

ALFRED ABEL
    on behalf of Debtor Salvatore Gramaglia aa.law@alfredabellaw.com  G22350@notify.cincompass.com

CHARLES GRIFFIN WOHLRAB
    on behalf of Creditor New Residential Mortgage LLC cwohlrab@raslg.com

HAROLD N. KAPLAN
    on behalf of Creditor New Residential Mortgage LLC hkaplan@rasnj.com

JOSHUA I. GOLDMAN
    on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING Josh.Goldman@padgettlawgroup.com angelica.reyes@padgettlawgroup.com

KENNETH E. WEST
    ecfemails@ph13trustee.com  philaecf@gmail.com

KENNETH E. WEST
    on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com

MATTEO SAMUEL WEINER
    on behalf of Creditor DITECH FINANCIAL LLC bkgroup@kmllawgroup.com

REBECCA ANN SOLARZ
    on behalf of Creditor DITECH FINANCIAL LLC bkgroup@kmllawgroup.com

THOMAS I. PULEO
    on behalf of Creditor DITECH FINANCIAL LLC tpuleo@kmllawgroup.com  bkgroup@kmllawgroup.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 10

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Salvatore Gramaglia
    Debtor(s)

Case No: 16−16415−elf
Chapter: 13

---

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 10/13/21