United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                    Case No. 16-16415-elf

Salvatore Gramaglia                                                      Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Dec 20, 2021 | Form ID: 195 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 22, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Salvatore Gramaglia, 1728 Lynam Rd, Abington, PA 19001-1306 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2021                          Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 20, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ALFRED ABEL | on behalf of Debtor Salvatore Gramaglia aa.law@alfredabellaw.com  G22350@notify.cincompass.com |
| CHARLES GRIFFIN WOHLRAB | on behalf of Creditor New Residential Mortgage LLC cwohlrab@raslg.com |
| HAROLD N. KAPLAN | on behalf of Creditor New Residential Mortgage LLC hkaplan@rasnj.com |
| JOSHUA I. GOLDMAN | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING Josh.Goldman@padgettlawgroup.com angelica.reyes@padgettlawgroup.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MATTEO SAMUEL WEINER | on behalf of Creditor DITECH FINANCIAL LLC bkgroup@kmllawgroup.com |
| REBECCA ANN SOLARZ | |

District/off: 0313-2                          User: admin                                    Page 2 of 2

Date Rcvd: Dec 20, 2021                       Form ID: 195                                Total Noticed: 1

on behalf of Creditor DITECH FINANCIAL LLC bkgroup@kmllawgroup.com  rsolarz@kmllawgroup.com

THOMAS I. PULEO

on behalf of Creditor DITECH FINANCIAL LLC tpuleo@kmllawgroup.com  bkgroup@kmllawgroup.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 10

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*


In re:                                                            : Chapter 13

Salvatore Gramaglia                                  : Case No. 16−16415−elf
         Debtor(s)


## *ORDER*

_____


      AND NOW, this day , December 20, 2021 , it appearing that the trustee in the above

entitled matter has filed his report and that the trustee has performed all other duties required

in the administration of the debtor(s) estate, it is


      ORDERED that the trustee be discharged and relieved of any trust; and this case be, and

the same hereby is, closed.


                          By The Court

                          Eric L. Frank
                          Judge , United States Bankruptcy Court